|  | E-FILED: 05/20/11 **JS-6** |
|---|---|

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| RICHARD CANALES<br><br>PLAINTIFF(S)<br>vs.<br><br>WASHINGTON MUTUAL BANK FA, ET AL.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 10-9621-PSG (PJWx)<br><br>**DISMISSAL BY THE COURT<br>FOR FAILURE TO PROSECUTE** |
|---|---|

On May 4, 2011, the Court issued an Order to Show Cause for Lack of Prosecution. The Order was served by first class mail to Plaintiff at his respective most recent address of record in this action. A written response was ordered to be filed no later than May 18, 2011.

On May 16, 2011, the order to show cause was returned as undeliverable ("attempted unknown"), as Plaintiff failed to update his address with the Court.

To date, no written response to the Order to Show Cause has been filed with the Court.

Accordingly, it is hereby ORDERED and ADJUDGED that the above-entitled action be dismissed in its entirety.

DATED: 05/20/11

Philip S. Gutierrez
U.S. District Judge